PATRICIA J. RYNN State Bar No. 092048
MARION QUESENBERY, State Bar No. 72308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:     (949) 752-2911
Facsimile:      (949) 752-0953
E-Mail:  pat@rjlaw.com
E-Mail:  marion@rjlaw.com

Attorneys for Plaintiff
CHRISTOPHER RANCH, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RANCH, LLC, a California limited liability company;<br><br>Plaintiff<br><br>vs.<br><br>RALPH PAIGE, JR. doing business as SONOMA COUNTY GROWERS EXCHANGE, a California Sole Proprietorship; and RALPH PAIGE, JR., as an individual;<br><br>Defendants. | Case No.:  C 09-CV-01985 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)] |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff voluntarily dismisses the above captioned action in its entirety, with prejudice.

Date: July 15, 2009          RYNN & JANOWSKY, LLP


                             By:    /s/ Marion I. Quesenbery
                                  MARION I. QUESENBERY
                                  Attorneys for Plaintiff
                                  Chistopher Ranch, LLC

IT IS SO ORDERED

7/24/2009

Judge Marilyn H. Patel

NOTICE OF DISMISSAL – Case No. C 09-CV-01986 MHP – 1

Re: *Christopher Ranch, LLC v. Ralph Paige, Jr., et al.*
     United States District Court, Northern Dist. of California
     <u>Case No. C 09-CV-01985 MHP</u>

### PROOF OF SERVICE

I am a citizen of the United States. My business address is P.O. Box 20799, Oakland, CA. I am employed in the County of Alameda where this service occurs. I am over the age of 18 and am not a party to this action.

On July 15, 2009, I served the attached document:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

by United States mail by placing it in an envelope addressed to the following individual, with postage fully prepaid, and depositing the envelope in a United States mail box, and by faxing it to the same individual at the facsimile number stated:

    Ralph Paige, Jr.
    Sonoma County Growers Exchange
    240 Barham Ave.
    Santa Rosa, CA 95407
    *Facsimile No. (707) 575-3408*

I declare under penalty of perjury under the laws of the United States and of California that the above is true and correct.

Executed on July 15, 2009, at Berkeley, California.

                              /s/ Marion I. Quesenbery
                              Marion I. Quesenbery

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

NOTICE OF DISMISSAL – Case No. C 09-CV-01986 MHP – 2